

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-12-00296-CV**

IN RE JIMMY DALE LUTTRELL                RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus. Because relator is represented by appointed counsel in the trial court, this court is of the opinion that this petition should be dismissed.[2] Accordingly, relator's petition for writ of mandamus is dismissed.

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and MCCOY, JJ.

DELIVERED: July 31, 2012

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

[2]*See Ex parte Bohannan*, 350 S.W.3d 116, 116 n.1 (Tex. Crim. App. 2011); *In re Riley*, No. 02-11-00052-CV, 2011 WL 1103829, at *1 (Tex. App.—Fort Worth Mar. 24, 2011, orig. proceeding).